IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-295-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGELICA RAMIREZ,
    a/k/a Angelica Briones,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about between and including November 1, 2022, and September 21, 2024, in the State and District of Colorado, the defendant, ANGELICA RAMIREZ, did knowingly purchase firearms in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of S.R., knowing or having reasonable cause to believe that S.R. had previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 932(b)(1).

### COUNT 2

On or about January 30, 2021, in the State and District of Colorado, the defendant, ANGELICA RAMIREZ, knowingly made a false statement and representation to C.B., a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with

respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of C.B., in that the defendant ANGELICA RAMIREZ executed and submitted to C.B. a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Glock model 42 .380 ACP caliber handgun bearing serial number AFCP972, stating that she was the actual transferee/buyer of a firearm when as she well knew, she was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 3

On or about November 20, 2021, in the State and District of Colorado, the defendant, ANGELICA RAMIREZ, knowingly made a false statement and representation to F.A., a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of F.A, in that the defendant ANGELICA RAMIREZ executed and submitted to F.A. a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Glock model 26 GEN 5 9mm caliber handgun bearing serial number BGXA435, stating that she was the actual transferee/buyer of a firearm when as she well knew, she was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

On or about March 5, 2022, in the State and District of Colorado, the defendant, ANGELICA RAMIREZ, knowingly made a false statement and representation to F.A., a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of F.A, in that the defendant ANGELICA RAMIREZ executed and submitted to F.A. a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Anderson Manufacturing model AM-15 .556mm NATO caliber rifle bearing serial number 16332105, stating that she was the actual transferee/buyer of a firearm when as she well knew, she was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5

On or about March 10, 2022, in the State and District of Colorado, the defendant, ANGELICA RAMIREZ, knowingly made a false statement and representation to F.A., a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of F.A, in that the defendant ANGELICA RAMIREZ executed and submitted to F.A. a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of 4. Glock model 23 .40 S&W caliber handgun bearing

serial number BWBS957, stating that she was the actual transferee/buyer of a firearm when as she well knew, she was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 6

On or about November 1, 2022, in the State and District of Colorado, the defendant, ANGELICA RAMIREZ, knowingly made a false statement and representation to F.A., a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of F.A, in that the defendant ANGELICA RAMIREZ executed and submitted to F.A. a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Glock model 48 Wonka 9mm caliber handgun bearing serial number BYCW307, stating that she was the actual transferee/buyer of a firearm when as she well knew, she was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 7

On or about June 7, 2023, in the State and District of Colorado, the defendant, ANGELICA RAMIREZ, knowingly made a false statement and representation to S.W., a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States

4

Code, to be kept in the records of F.A., in that the defendant ANGELICA RAMIREZ executed and submitted to F.A. a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Glock model 33 GEN 4 .357 SIG caliber handgun bearing serial number BWWV175, stating that she was the actual transferee/buyer of a firearm when as she well knew, she was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

### FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 7 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation(s) described in paragraph 1 above, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including but not limited to:

   a) Glock model 42 .380 ACP caliber handgun bearing serial number AFCP972;
   b) Glock model 26 GEN 5 9mm caliber handgun bearing serial number BGXA435;
   c) Anderson Manufacturing model AM-15 .556mm NATO caliber rifle bearing serial number 16332105;
   d) Glock model 23 .40 S&W caliber handgun bearing serial number BWBS957;
   e) Glock model 48 Wonka 9mm caliber handgun bearing serial number

<div style="margin-left: 2em;">

BYCW307;
f) Glock model 33 GEN 4 .357 SIG caliber handgun bearing serial number BWWV435;
g) Glock model 33 GEN 4 .357 SIG caliber handgun bearing serial number BXUY937;
h) Glock model 33 GEN 4 .357 SIG caliber handgun bearing serial number BWWV175;
i) Ruger model SR22 .22 LR caliber handgun bearing serial number 369-69108;
j) Ruger model SR22 .22 LR caliber handgun bearing serial number 369-69044;
k) Glock model 17 GEN 4 9mm caliber handgun bearing serial number BZZW959;
l) Glock model 28 .380 ACP handgun bearing serial number AHSL751;
m) Glock model 28 .380 handgun bearing serial number AHSL899;
n) Ruger model EC9S 9mm caliber handgun bearing serial number 463-67404;
o) Ruger model EC9s 9mm caliber handgun bearing serial number 463-20524;
p) Ruger model LCP MAX .380 ACP caliber handgun bearing serial number R75-512976;
q) Ruger model LCP MAX .380 ACP caliber handgun bearing serial number R75-512963.

</div>

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

<div style="margin-left: 4em;">

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be subdivided without difficulty;

</div>

//

//

6

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

PETER MCNEILLY
United States Attorney

By: s/ Albert Buchman
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: al.buchman@usdoj.gov